NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LAMONT FOSTER,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )          Case No. 2D18-4572
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____)

Opinion filed October 30, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.


PER CURIAM.

            Affirmed.

CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.